1

2

3
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4

5

6

7

8         UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No.: SACR05-270
                                        )
12                     Plaintiff,       )   ORDER OF DETENTION AFTER
                                        )   HEARING
13            vs.                       )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                        )     § 3143(a)]
14   Albano, Jesse Ryan                 )
                                        )
15                     Defendant.       )

16

17        The defendant having been arrested in this District pursuant to a warrant issued

18   by the United States District Court for the _____ CD   CA _____,

19   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20   release]; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24   A.    ☒ The defendant has not met his/her burden of establishing by clear and

25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26        3142(b) or (c).  This finding is based on background, cnty ties

27        unknown due to failure to interview; bail resources

28        unknown; ongoing substance abuse problem; nature

1   allegations, which evidence a lack of amenability
2   to supervision

3   and/or

4   B.   [X] The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7   finding is based on   history of substance abuse and
8   mental health issues; history of violating prior superv. release.

9

10

11

12

13   IT THEREFORE IS ORDERED that the defendant be detained pending further
14   revocation proceedings.

15

16   DATED:   8/9/12

17   ROBERT N. BLOCK
     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28